IDA MARCO, as Ancillary Administratrix of the Estate of HARRY MARCO, Deceased, a Stockholder in the Blue Ridge Corporation, on Behalf of Himself and All Other Stockholders Similarly Situated and on Behalf of Said Blue

Ridge Corporation, Respondent, v. ARTHUR SACHS et al., Defendants; HARRISON WILLIAMS et al., Appellants, and BLUE RIDGE CORPORATION, Respondent.— Motions for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of the Special Term, insofar as it denied the motion of defendants to dismiss the complaint on the ground that it alleges no sufficient excuse for the failure of the plaintiff to make a demand upon the corporation to bring suit, properly made? Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ. [See *ante*, p. 845.]